IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 14-cv-01103-RPM**

W. J. BRADLEY MORTGAGE CAPITAL, LLC,

    Plaintiff,

v.

LEGACY GROUP LENDING, INC.,

    Defendant.

And

**Civil Action No. 14-cv-01486-KLM**

LEGACY GROUP LENDING, INC., and
LEGACY GROUP HOLDINGS INC.,

    Plainiffs,

v.

W.J. BRADLEYMORTGAGE CAPITAL, LLC,

    Defendant.

_____

ORDER GRANTING MOTION TO CONSOLIDATE CASES
_____

Upon consideration of Defendant's unopposed motion to consolidate Civil Action No. 14-cv-01103-RPM with Civil Action No. 14-cv-01486-KLM [Doc. 13], it is

ORDERED that the motion is granted.

DATED: July 9th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge