IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 14-cv-01103-RPM**

W. J. BRADLEY MORTGAGE CAPITAL, LLC,

    Plaintiff,

v.

LEGACY GROUP LENDING, INC.,

    Defendant.


**Civil Action No. 14-cv-01486-RPM**

LEGACY GROUP LENDING, INC., and
LEGACY GROUP HOLDINGS INC.,

    Plainiffs,

v.

W.J. BRADLEY MORTGAGE CAPITAL, LLC,

    Defendant.

_____

ORDER VACATING SCHEDULING CONFERENCES
_____

On June 11, 2014, this Court entered an order setting a scheduling conference for July 31, 2014 in Civil Action No. 14-cv-01103-RPM.  On July 9, 2014, the above-captioned cases were consolidated.  Because Defendant W.J. Bradley Mortgage Capital, LLC, has not filed a response to the amended complaint in Civil Action No. 14-cv-01486-RPM, it is

ORDERED that the July 31, 2014, scheduling conference is vacated.  It is

FURTHER ORDERED that the September 11, 2014, scheduling/planning conference set before Magistrate Judge Kristen L. Mix in Civil Action No. 14-cv-01486-RPM is vacated.

DATED: July 10th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge