**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-01103-RPM

W.J. BRADLEY MORTGAGE CAPITAL, LLC

    Plaintiff,

v.

LEGACY GROUP LENDING, INC.

    Defendant.

**Consolidated with:
Civil Action No. 14-cv-01486-RPM**

LEGACY GROUP LENDING, INC. and
LEGACY GROUP HOLDINGS, INC.,

    Plaintiffs,

v.

W.J. BRADLEY MORTGAGE CAPITAL, LLC,

    Defendant.

---

**ORDER GRANTING W.J. BRADLEY'S MOTION TO WITHDRAW, IN PART, AND AMEND, IN PART, ITS PENDING MOTION TO STAY OR FOR ALTERNATIVE RELIEF**

---

THIS MATTER, having come before the Court upon WJ Bradley Mortgage Capital LLC's ("WJB") Motion to Withdraw, in Part, and Amend, in Part, its Pending Motion to Stay or For Alternative Relief (the "Motion"); and

THE COURT, having reviewed the Motion and having determined that it is meritorious and that the relief requested therein should be granted as to the relief requested in the alternative;

NOW THEREFORE, the Court hereby GRANTS the Motion. WJB's motion to stay the above-captioned litigation is withdrawn. WJB's motion to amend its answer is withdrawn. WJB's unopposed motion to amend its complaint is GRANTED pursuant to Fed. R. Civ. P. 15. The amended complaint provided as exhibits to the initial Motion to Amend shall be accepted and deemed filed as of the date of this Order. Legacy Group Lending, Inc. and Legacy Group Holding, Inc., shall have fourteen days from the date of this Order to respond to the amended complaint, to the extent a response is required. WJB's unopposed motion to modify the scheduling order is GRANTED. The Court hereby modifies the Scheduling Order [Dkt. # 21] such that the discovery cutoff is April 13, 2015 and the deadline for filing dispositive motions is May 14, 2015. No further extensions will be granted absent good cause.

Dated this 24th day of March, 2015.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge