IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 14-cv-01103-RPM**

W. J. BRADLEY MORTGAGE CAPITAL, LLC,

    Plaintiff,

v.

LEGACY GROUP LENDING, INC.,

    Defendant.

**Consolidated with**:

**Civil Action No. 14-cv-01486-RPM**

LEGACY GROUP LENDING, INC., and
LEGACY GROUP HOLDINGS INC.,

    Plainiffs,

v.

W.J. BRADLEY MORTGAGE CAPITAL, LLC,

    Defendant.

_____

ORDER DENYING LEGACY'S MOTION TO AMEND COMPLAINT
_____

On March 26, 2015, Legacy Group Lending, Inc., filed a motion to file a second amended complaint and tendered a red-line version. W. J. Bradley Mortgage Capital, LLC, filed an opposition and there has been extensive briefing. W. J. Bradley Mortgage Capital filed a motion for a partial summary judgment on May 5, 2015. [Doc. 49]. In that motion it appears there is no disagreement that the premises Suites 110 and 120 at 11225 or 11235 SE 6th Street, Bellevue, WA, were among the ten subleases executed. It does not now seem necessary to amend the complaint for purposes of reformation

and the claim for promissory estoppel is untimely.  Denial of the motion to file a second amended complaint does not preclude a motion to amend the pleadings to conform to the evidence, Fed.R.Civ.P. 15(b).  It is now

ORDERED that the motion to file a second amended complaint is denied.

DATED:   May 7, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge