**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:14-cv-01103-RPM**

W.J. BRADLEY MORTGAGE CAPITAL, LLC
    Plaintiff,

v.

LEGACY GROUP LENDING, INC.
    Defendant.

**Consolidated with:**

**Civil Action No. 14-cv-01486-RPM**

LEGACY GROUP LENDING, INC. and
LEGACY GROUP HOLDINGS, INC.,
    Plaintiffs,

v.

W.J. BRADLEY MORTGAGE CAPITAL, LLC,
    Defendant.

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

This COURT, having reviewed the *Stipulation for Dismissal With Prejudice* (the "Stipulation") filed in the above-captioned actions by both parties, and being duly advised, FINDS that the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii) have been satisfied and, therefore, hereby ORDERS that these actions are dismissed WITH PREJUDICE, each of the parties to bear their own fees and costs incurred in these actions.

Case 1:14-cv-01103-RPM   Document 77   Filed 09/17/15   USDC Colorado   Page 2 of 2

Dated: September 17, 2015

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior Judge